**Opinion issued May 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00022-CV

_____

## IN RE ALLIANCE MACHINE & SPECIALTIES, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Alliance Machine & Specialties, Inc., has filed a petition for mandamus relief, subject to its motion to transfer venue in the court below, requesting that this Court vacate the trial court's order denying relator's motion to disqualify the real parties in interest's attorneys.[1] We deny the petition. All pending motions are dismissed as moot.

---

[1] The underlying case is *Jack Dean and Billie Dean v. Aghorn Operating, Inc., Aghorn Oil & Gas, Inc., Gilliam's Aghorn Energy, Inc., National Oilwell Varco,*

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.

*L.P., Superior Controls, Inc., Knighten Machine & Service, Inc., Alliance Machine & Specialties, Inc., Donaldson Fire & Safety, Inc., and Russell T. Rudy, Ltd.*, Cause No. 2019-79056, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.